# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:07 CR 69** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CLIFFORD J. MILLER,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |

On December 10, 2007, United States Magistrate Judge George J. Limbert issued a Report and Recommendation (Dkt. # 53) regarding the plea hearing of Clifford J. Miller, which was referred to the Magistrate Judge with the consent of the parties.

On February 7, 2007, the Government filed an indictment against Miller (Dkt. # 1). On December 10, 2007, the Magistrate Judge held a hearing in which the Defendant entered a guilty plea to Count 3, being a felon in possession of a firearm, in violation of 18 U.S.C. § 922 (g)(1). The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R"), recommending that this Court accept the plea and enter a finding of guilty (Dkt. # 53).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

H:\07-69.Miller.AdoptRR.wpd

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's guilty plea is approved.

Therefore, the Defendant is adjudged guilty of Count 3. The sentencing will be held on January 4, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

 **/s Peter C. Economus  January 3, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**